IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GEORGE D. McCARLEY,            )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         3:07cv311-MHT
                               )
CITY OF ROANOKE, a             )
Municipal Corporation,         )
et al.,                        )
                               )
    Defendants.                )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 23rd day of April, 2007.

                                              /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE