IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



George D. McCarley
    Plaintiff
v.                            Civil Action No. 3:07-CV-311-MHT

CITY OF ROANOKE, et al.
    Defendant

REQUEST FOR PERMISSION OF EXTENSION OF TIME TO FILE OBJECTIONS

The court ordered objections to *order and recommendations* be filed by May 26, 2007. Now, due to the continuing efforts of plaintiff, the original City of Roanoke charges against McCarley are appealed to Randolph County Circuit Court. Venire is scheduled for May 14 with a trial scheduled for May 21, 2007. Given the overloaded Circuit Court docket and the presence of two capital crimes cases, there is a strong possibility McCarley case will be "bumped" until fall term. The problem now is that McCarley must sit around the courthouse awaiting the calling of his case and will not be able to do justice to any objections in 3:06 cv 311 by May 26. Therefore, we respectfully request this court grant an extension of time to file objections, until June 9, 2007.

The court may expect at minimum, the following points to be briefed in our objection.

2. The totality of immunity suggested by this court in response to *McCarley* is so onerous that it leads to the conclusion that any and all governmental operations and their personnel are fully immune to prosecution. The many public domain studies indicating the size of government equal to as much as 40% of our population and/or total economy suggest that no such grant of immunity can possibly be extended. While the many cases cited in 28 USC 1985 are meritorious on individual case basis, the totality of those cases simply destroys the precious protections of the United States Constitution and further, fully destroys the protections called civil rights, and has no appropriate

**MOTION GRANTED to**

and including _June 7_, 20 _07_

this _15th_ day of _May_, 20 _07_

_[signature]_

UNITED STATES MAGISTRATE JUDGE

1