IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE D. McCARLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv311-MHT |
| | ) | (WO) |
| CITY OF ROANOKE, a | ) | |
| Municipal Corporation, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit claiming essentially the same various constitutional violations asserted unsuccessfully in McCarley v. City of Roanoke, civil action no. 3:06cv663-MHT (M.D. Ala. Nov. 28, 2006). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent

and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of June, 2007.

                                 /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE